*E-Filed 5/31/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT I. MASK,  　　　　　　　　　　　　　No. C 10-0758 RS (PR)

　　　　　Plaintiff,  　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　v.

E. MEDINA, et al.,

　　　　　Defendants.
_____/

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The Court granted summary judgment in favor of the state defendants on May 16, 2011, thereby disposing of all claims over which it had original jurisdiction. The remaining defendant Birkholm Orthopedic Services ("BOS") cannot be sued under § 1983 because it is a private, not a state, actor. *See Gomez v. Toledo*, 446 U.S. 635, 640 (1980). Any claims plaintiff has against BOS are state law claims against a private actor, here on the basis of supplemental jurisdiction. Because the Court has dismissed all the claims over which it has original jurisdiction, the Court declines to exercise supplemental jurisdiction over plaintiff's state law claims. *See* 28 U.S.C. § 1367(c)(3). Accordingly, the action is hereby DISMISSED without prejudice to plaintiff pursuing his claims against BOS in state court. The Clerk shall enter judgment in favor of state defendants E. Medina, Maria Hill, S. Kellerhalls, L. Fox, and A. Joaquin as to all claims, and close the file.

**IT IS SO ORDERED**.

DATED: May 31, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge